UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ENGINEERED SYSTEMS ALLIANCE, LLC : <br> and HONEYWELL INTERNATIONAL, INC., : <br> : <br> Defendants. : | Case No.:  8:15-cv-00112-TDC |

**DEFENDANT HONEYWELL INTERNATIONAL, INC'S MOTION TO STIKE AND/OR DISREGARD, OR, IN THE ALTERNATIVE, FOR LEAVE TO RESPOND TO <u>DEFENDANT ENGINEERED SYSTEMS ALLIANCE, LLC'S REPLY</u>**

The Defendant/Counterclaimant Honeywell International, Inc. ("Honeywell"), hereby moves for an order striking Defendant Engineered Systems Alliance, LLC's ("ESA") response to Honeywell's Counterclaim in its Reply in Support of its Motion to Dismiss the Complaint of Plaintiff The Hanover Insurance Company because it is immaterial and impertinent.  Honeywell further requests that the Court disregard as procedurally improper, ESA's request to dismiss Honeywell's Counterclaim.  In the alternative, Honeywell requests for leave to file a response to ESA's Reply.

**DEFENDANT
HONEYWELL INTERNATIONAL, INC.**

Dated: May 29, 2015     By:   /s/Tracy Alan Saxe
                              Tracy Alan Saxe (Bar No. 17786)
                              Celia B. Keniry (Bar No. 803254)
                              Saxe Doernberger & Vita, P.C.
                              1952 Whitney Avenue
                              Hamden, CT 06517
                              (203) 287-2100
                              (203) 287-8847 fax
                              tas@sdvlaw.com
                              cbk@sdvlaw.com

                              *Its Attorneys*

## **CERTIFICATION**

   This is to certify that on May 29, 2015, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                /s/Tracy Alan Saxe
                Tracy Alan Saxe, Esq.